## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| LEIGH SCHLUMPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 3:08-CV-021-JTC |
| | ) |
| TIM HIGGINS, TIM LASSETTER, | ) |
| and COWETA COUNTY, GEORGIA, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties stipulate to the dismissal of all claims in the above-styled civil action *with prejudice*. Each party shall bear its own fees and costs.


/s/Andrew Y. Coffman
Andrew Y. Coffman, Esq.
Georgia Bar No. 173115
PARKS CHESIN & WALBERT, P.C.
75 14th Street, 26th Floor
Atlanta, Georgia 30309
T: 404)873-8000
F:(404)873-8050
E-mail: acoffman@pcwlawfirm.com

Counsel for Plaintiff

/s/ Benton J. Mathis, Jr.
Benton J. Mathis, Jr., Esq.
Georgia Bar No. 477019
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Atlanta, Georgia 30339
T: (770)818-0000
F: (770)937-9960
E-mail: bmathis@fmglaw.com

Counsel for Defendants